NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

EDWARD PHILLIP RUTHERFORD,    )
    )
    Appellant,    )
    )
v.    )    Case No. 2D16-546
    )
STATE OF FLORIDA,    )
    )
    Appellee.    )
_____)

Opinion filed March 28, 2018.

Appeal from the Circuit Court for Sarasota
County; Charles E. Roberts, Judge.

Howard L. Dimmig, II, Public Defender, and
Mark C. Katzef, Special Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and C. Todd Chapman,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


        Affirmed.


VILLANTI, MORRIS, and BADALAMENTI, JJ., Concur.